UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | : | Case No. 1:16-cv-00987 |
| Plaintiff, | : | Judge Michael R. Barrett |
| v. | : | |
| UNIVERSITY OF CINCINNATI, et al., | : | **STIPULATION OF DISMISSAL** |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff John Doe and Defendants University of Cincinnati, Aniesha Mitchell, and Juan Guardia hereby stipulate to the dismissal of the above action with prejudice.

Respectfully submitted,

MICHAEL DEWINE
Attorney General of Ohio

| | |
|---|---|
| /s/ Joshua Engel (auth. 12/4/18) | By: /s/Doreen Canton |
| Joshua Adam Engel (0075769) | Doreen Canton (0040394) |
| Anne Tamashasky (0064393) | Evan T. Priestle (0089889) |
| ENGEL AND MARTIN, LLC | Taft Stettinius & Hollister LLP |
| 4660 Duke Drive, Suite 101 | 425 Walnut Street, Suite 1800 |
| Mason, OH 45040 | Cincinnati, Ohio  45202 |
| Telephone: (513) 445-9660 | Tel:  (513) 381-2838 |
| Facsimile: (513) 492-8989 | Fax:  (513) 381-0205 |
| engel@engelandmartin.com | canton@taftlaw.com |
| tamashasky@engelandmartin.com | epriestle@taftlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

1

23976970.1

**CERTIFICATE OF SERVICE**

I certify that on December 4, 2018, I electronically filed the Stipulation of Dismissal with the Clerk of Courts via the CM/ECF system, which will provide notice to all registered parties.

/s/ Doreen Canton